IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:   **DANIEL THOMAS HENRY**          **DEBTOR**
         **MARGARET JEAN HENRY**           **JOINT DEBTOR**

**CASE NO.: 3:12-BK-34152**

**CAROLYN A. VENDRAMIN**                   **PLAINTIFF**

**VS.**                                    **AP NO. 13-03061-HCD**

**DANIEL THOMAS HENRY**
**MARGARET JEAN HENRY**                    **DEFENDANTS**

**DESIGNATION OF EVIDENCE**

Plaintiff, Carolyn Vendramin, hereby designates the following evidence in support of her complaint:

1. Exhibit A – Articles of Incorporation Henry-Cap, LLC.

2. Exhibit B – Shareholder Agreement

3. Exhibit C – Freeze-Out Termination Letter

4. Exhibit D – Original Complaint in State Case (St. Joseph County)

5. Exhibit E – Amended Complaint in State Case (St. Joseph County)

6. Exhibit F – Henry's Bankruptcy Filing 3:12-BK-34152

7. Exhibit G – Auto Insurance Payment

8. Exhibit H – Corporate Credit Card Statement 1

9. Exhibit I – Corporate Credit Card Statement 2

10. Exhibit J – Corporate Credit Card Statement 3

11. Exhibit K – Record of Payment to Father

12. Exhibit L – Directors Compensation

13. Exhibit M – Invoice & Payment to Henry Enterprises

14. Exhibit N – Henry Enterprises Sub-Contract

15. Exhibit O – Coding Report

16. Exhibit P – Rent to Henrys

17. Exhibit Q – 1:12-cv-00009-SEB-DKL Case CCS, Complaint, & Judgment

18. Exhibit X - Official CCS for State Case  71C01-0812-PL-00280

WHEREFORE, the Plaintiff prays that this Honorable Court find in favor of the Plaintiff and for all just and proper relief in the premises.

Respectfully Submitted,

GORDON A. ETZLER & ASSOCIATES, LLP
Attorneys for Petitioner

By: _____
Blake N. Dahl, Atty. #30576-64
251 Indiana Ave.
Valparaiso, IN  46383
Phone:  219-531-7787
Fax:  219-531-4732
E-Mail: BND@Etzlerlaw.com