*INVOICE*  #12

23 North Partnership
Mr. Bill Sechowski
Prudential
P. O. Box 6608
South Bend, IN. 46660

February 9, 2004

**Make Check Payable to:**

**Henry Enterprises**
1112 Clay Street
Mishawaka, IN 46545
574-255-7222

For labor and materials required to complete work described in the attached authorization.

### Invoice Amount   $1,390.00

Please note: 3 or 4 of the lenses could not be installed due to the fact that the light 'door' was missing. The replacement lenses were left on site, and due to the current roof leak, some of the new ceiling tiles were damaged and restained. These tiles can be reinstalled once the leak is fixed, and these replacement tiles were also left on site for future installation.

*INVOICE*

23 North Partnership  
Mr. Gordon Slutsky

April 11, 2006

**Make Check Payable to:**

**Henry Enterprises**  
1112 Clay Street  
Mishawaka, IN  46545  
574-255-7214

For labor and materials required to complete work for the vestibule @ your property on SR 23 described in the attached authorization.

| | |
|---|---:|
| **Original Contract amount** | $3,740.00 |
| **Add for exterior caulking** | 200.00 |
| **Add for Vestibule windows** | 800.00 |
| **Current contract amount** | $4,740.00 |
| **Previous Payment** | <u>$2,000.00</u> |
| **Balance Due** | $2,740.00 |

**Total Amount of this Invoice**                                  $2,740.00

Please call.  I will pick the check up.

*INVOICE*

**23 North Partnership**  
**Mr. Gordon Slutsky**

February 23, 2006

**Make Check Payable to:**

**Henry Enterprises**  
1112 Clay Street  
Mishawaka, IN  46545  
574-255-7214

For labor and materials required to complete work for the vestibule @ your property on SR 23 described in the attached authorization.

| | |
|---|---:|
| **Original Contract amount** | $3,740.00 |
| **Add for exterior caulking** | 200.00 |
| **Add for Vestibule windows** | 800.00 |
| **Current contract amount** | $4,740.00 |
| **Invoice Amount** | $2,000.00 |

Please note, the vestibule windows will be 7' x 3', and 3' x 3', trimmed in poplar.

**Henry Enterprises**
1112 Clay Street
Mishawaka, IN 46545
574-220-0932

February 8, 2006

**23 North Partnership**
Mr. Gordon Slutsky

**Re: Exotics & Aquatics**

Dear Mr. Slutsky:

We propose to furnish all labor and materials required to construct a vestibule with an aluminum door opening 6'-0" x 7'-0" for the sum of:

**Four thousand eight hundred ninety-five dollars……………………..$4,895.00**

This proposal includes wall construction, aluminum doors, acoustical ceiling work, and painting.

Please contact us if you have any questions regarding this proposal.

Very truly yours,

Daniel T. Henry

```
BRIAN BALL
1/1       *SEQER            70
20070517         0472772039    00001874000
2008111766 1026   WS:VP4    OPR:TAP
XBPB335          JOBN1394
```

HENRY CAP CONSTRUCTION INC
1112 CLAY ST

MISHAWAKA, IN 46545-5854

---

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER- SEE BACK FOR DETAILS

**HENRY CAP CONSTRUCTION, INC.**
1112 Clay Street
Mishawaka, IN 46545
(574) 255-7222

NATIONAL CITY BANK
Mishawaka, IN 46545
20-6/740 563

**006967**

6967

DATE: 5/16/2007    AMOUNT: ************18,740.00

THE SUM OF EIGHTEEN THOUSAND SEVEN HUNDRED FORTY DOLLARS

PAY TO THE ORDER OF
HENRY ENTERPRISES, LLC
1112 CLAY STREET
MISHAWAKA, IN 46545



AUTHORIZED SIGNATURE

⑈006967⑈ ⑆074000065⑆ 698479467⑈  /00018740000/

---

>041000124<
NATL CITY BK093 05/17/07
4100 W.150 CLEV OH 44135
7200772039



# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702    (Instructions on reverse side)    PAGE 1 OF 2 PAGES

| TO (CONTRACTOR): | PROJECT: | APPLICATION NO: 1 | Distribution to: |
|---|---|---|---|
| Focus Development, Inc. | Carton Hotel | PERIOD TO: September 30, 2006 | ☐ OWNER |
| 660 Morthland Drive, Suite A | Mishawaka, IN 46545 | | ☐ ARCHITECT |
| Valparaiso, IN 46385 | | ARCHITECT'S | ☑ CONTRACTOR |
| FROM (SUBCONTRACTOR): | | PROJECT NO: | ☐ |
| Henry Enterprises Division of Henry-CAP Construction, Inc. | | | |
| 1112 Clay Street | | | |
| Mishawaka, IN 46545 | | | |
| CONTRACT FOR: General Construction | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTACT SUM ................................................. $ 21,000.00
2. Net change by Change Orders ............................................ $ —
3. CONTRACT SUM TO DATE (Line 1 +/- 2) .............................. $ 21,000.00
4. TOTAL COMPLETED & STORED TO DATE ............................ $ 15,925.00
   (Column F on G703)
5. RETAINAGE:
   a. 10 % of Completed Work       $ 1,592.50
      (Column D+E on G703)
   b. 10 % of Stored Material       $ —
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I on G703) ............................................... $ 1,592.50
6. TOTAL EARNED LESS RETAINAGE .................................... $ 14,332.50
   (Line 4 less line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) .............................. $ —
8. CURRENT PAYMENT DUE ................................................. $ 14,332.50
9. BALANCE TO FINISH, PLUS RETAINAGE ............................ $ 6,667.50
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| Change Orders approved in previous months by Owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| TOTAL | | |

| Approved this Month | | |
|---|---|---|
| Number | Date Approved | |
| | | |
| | | |
| TOTALS | $ — | $ — |
| Net change by Change Order | $ — | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
Henry-CAP Construction, Inc.

By: _____ Date: _____

State of: Indiana
Subscribed and sworn to before me this        day of
Notary Public:
My Commission expires:

## CONTRACTOR'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ......................... _____
(Attach explanation if amount certified differs from the amount applied for.)
CONTRACTOR: Focus Development, Inc.

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (Instructions on reverse side)   PAGE 2 OF 2 PAGES

APPLICATION NUMBER: **1**
APPLICATION DATE: **September 24, 2005**
PERIOD TO: **September 30, 2005**
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED TO DATE (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | General Conditions | $ 2,200.00 | | 2,200.00 | | 2,200.00 | 100% | $ - | 220.00 |
| 2 | Shingle Materials | $ 7,300.00 | | 7,300.00 | | 7,300.00 | 100% | $ - | 730.00 |
| 3 | Shingle Labor | $ 7,500.00 | | 3,500.00 | | 3,500.00 | 47% | $ 4,000.00 | 350.00 |
| 4 | EPDM Labor | $ 1,800.00 | | 725.00 | | 725.00 | 40% | $ 1,075.00 | 72.50 |
| 5 | EPDM Materials | $ 2,200.00 | | 2,200.00 | | 2,200.00 | 100% | $ - | 220.00 |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| | | $ 21,000.00 | $ - | $ 15,925.00 | $ - | $ 15,925.00 | 75.83% | $ 5,075.00 | 1,592.50 |



AIA DOCUMENT G703 - APPLICATION AND CERTIFICATE FOR PAYMENT
THE AMERICAN INSTITUTE OF ARCHITECT, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006