TAX    2418    1

# Business Income and Cost of Goods Sold

6

**Name of Business:** DANIEL T HENRY

**Principal Business or Profession:** HENRY ENTERPRISES, LLC

TSJ ..... T
Employer ID number .....
Street address .....
City, state and ZIP code .....
Method of inventory .....
Method of accounting ..... CASH

## Business Questions for 2005:

|  | Yes | No |
|---|---|---|
| Did you dispose of this business? |  | ☒ |
| If Yes, what was the disposition date? (Mo/Da/Yr) |  |  |
| Was there a change in determining quantities, costs or valuations between opening and closing inventory? |  |  |
| Were you involved in the operations of this business on a regular, continuous and substantial basis? |  |  |

|  | 2005 Amount | 2004 Amount |
|---|---|---|
| Health insurance premiums paid for yourself and your dependents |  |  |

## Income:

|  | 2005 Amount | 2004 Amount |
|---|---|---|
| Gross receipts or sales |  | 19,510. |
| Less returns and allowances |  |  |

## Cost of Goods Sold:

|  | 2005 Amount | 2004 Amount |
|---|---|---|
| Beginning inventory |  |  |
| Purchases less cost of items withdrawn for personal use |  |  |
| Cost of labor (do not include amounts paid to yourself) |  |  |
| Materials and supplies |  |  |

Other Costs of Cost of Goods Sold:

| Description | 2005 Amount | 2004 Amount |
|---|---|---|
| SUBCONTRACTS |  | 14,370. |
|  |  |  |
|  |  |  |
|  |  |  |

Ending inventory .....

## Other Income:

| Description | 2005 Amount | 2004 Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Forms C-1, C-2, C-3

500161 08-26-05