# CERTIFICATE OF SERVICE

I, _____Blake N. Dahl_____ (name), certify that service of this summons and a copy of the complaint was made September 24, 2013_____ (date) by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| May Oberfell Lorber (Law Office) | Daniel Henry | Margaret Henry |
| 4100 Edison Lakes Parkway, Suite 100 | 3303 Caroline St. | 3303 Caroline St |
| Mishawaka, IN 46545 | South Bend, IN 46614 | South Bend, IN 46614 |

_____ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____ Publication: The defendant was served as follows: (Describe briefly)

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

09-24-2013
Date

Signature

Print Name
Blake Dahl Esq. (Etzler & Associates, LLP)

Business Address
251 Indiana Ave.

City, State, Zip
Valparaiso, IN 46383