IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANIEL THOMAS HENRY | ) | Case No. 12-34152 |
| MARGARET JEAN HENRY | ) | Chapter 7 |
|     Debtors. | ) | |
| _____ | ) | |
| CAROLYN VENDRAMIN, | ) | |
|     Plaintiff, | ) | |
| | ) | Adv. Proc. 13-03061-hcd |
| v. | ) | |
| | ) | |
| MARGARET JEAN HENRY and | ) | |
| DANIEL THOMAS HENRY, | ) | |
|     Defendants. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COME NOW Daniel Thomas Henry and Margaret Jean Henry, the above-stated Defendants, and pursuant to Fed. R. Bankr. P. 2002 and LBR-9010-2, hereby request the Clerk of the Court to enter their counsel of record as follows, and that the undersigned counsel receive all notices required by Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002 (i), that, but for this request would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents.  Pursuant to Fed. R. Bankr. P. 9010(b) Defendants hereby request the Clerk of the Court to enter their appearance as follows:

Jeffery A. Johnson, Esq.
May Oberfell Lorber
4100 Edison Lakes Parkway, Ste. 100
Mishawaka, IN 46545
(574) 243-4100
jjohnson@maylorber.com

PLEASE TAKE FURTHER NOTICE THAT this Notice of Appearance shall not be deemed or construed to be a waiver of rights of Defendants: (1) to trial by jury in any proceeding so triable in this case or controversy, or proceeding(s) related to this case, or (2) to assert any other rights, claims, actions, set-offs, or recoupments to which Defendants are or may be entitled, in law or equity, all of which rights, claims, actions, defenses, set-offs and recoupments Defendants expressly reserve.

This 2nd day of October, 2013.

By: /s/Jeffery A. Johnson
Jeffery A. Johnson
Indiana Bar No. 5009-71

MAY OBERFELL LORBER
4100 Edison Lakes Parkway, Ste. 100
Mishawaka, IN 46545
Tel: (574) 243-4100
Fax: (574) 232-9789
Counsel for Debtor/Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Gary D. Boyn, Esq., Nancy J. Gargula and Blake Nathaniel Dahl, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/Jeffery A. Johnson

F:\Clients\H0694\12001\Pleadings - Adv Proc\Appearance - JAJ.docx