United States Bankruptcy Court
Northern District of Indiana

Vendramin,
      Plaintiff

                                              Adv. Proc. No. 13-03061-hcd

Henry,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0755-3       User: aadams           Page 1 of 1            Date Rcvd: Oct 29, 2013
                          Form ID: pdf004       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
smg       +Indiana Employment Security Division,   10 North Senate Street,   Indianapolis, IN 46204-2201
pla       +Carolyn Vendramin,   Gordon Etzler & Associates,   251 Indiana Ave.,   Valparaiso, IN 46383-5582
dft       +Daniel Thomas Henry,   3303 Caroline Street,   South Bend, IN 46614-2329
dft       +Margaret Jean Henry,   3303 Caroline Street,   South Bend, IN 46614-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion10.so.ecf@usdoj.gov Oct 30 2013 02:13:19    Nancy J. Gargula,
          One Michiana Square Building,   Suite 555,   100 East Wayne Street,   South Bend, IN 46601-2394
                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
        Blake Nathaniel Dahl   on behalf of Plaintiff Carolyn  Vendramin bnd@etzlerlaw.com
        Jeffery A. Johnson   on behalf of Defendant Daniel Thomas Henry jjohnson@maylorber.com
        Jeffery A. Johnson   on behalf of Defendant Margaret Jean Henry jjohnson@maylorber.com
        Trevor Q. Gasper   on behalf of Defendant Daniel Thomas Henry tgasper@maylorber.com
        Trevor Q. Gasper   on behalf of Defendant Margaret Jean Henry tgasper@maylorber.com
                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DANIEL THOMAS HENRY | ) | Case No. 12-34152 |
| MARGARET JEAN HENRY | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |
| | ) | |
| CAROLYN VENDRAMIN | ) | Adv. Proc. No. 13-3061 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL THOMAS HENRY | ) | |
| MARGARET JEAN HENRY | ) | |
| | ) | |
| Defendants | ) | |

## SCHEDULING ORDER FOR DISCHARGEABILITY PROCEEDING

At South Bend, Indiana, on October 29, 2013.

Based upon a review of the pleadings in this matter, it appears that a scheduling or pre-trial conference may be unnecessary.

Therefore, absent further order of the court, the following schedule shall control the course of this case:

1. The initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made on or before November 19, 2013.

2. The disclosure of expert testimony required by Federal Rule of Civil Procedure 26(a)(2) shall be made no later than December 9, 2013.

3. No later than thirty (30) days prior to the close of discovery, the parties shall jointly file a report indicating whether this matter may be submitted to voluntary mediation (or another form of alternative dispute resolution). In the event they agree to attempt mediation, this report shall propose any changes to the litigation schedule that may be reasonably necessary to allow mediation to proceed and be accompanied by a proposed order. If the parties have selected a mediator, the report shall also identify the mediator.

4. All discovery shall be completed by December 30, 2013.

5. The parties shall file a joint proposed pre-trial order by January 27, 2014.

6. Upon approval of the pre-trial order, the issues raised in this proceeding will be set for trial by separate order.

Counsel for the parties shall, by November 12, 2013, participate in a conference to discuss the issues raised in this proceeding, discovery, and the schedule set forth above.  If, as a result of this conference, a pre-trial conference or a change in the schedule set forth above is considered appropriate, the parties shall, by November 19, 2013, file either a joint motion requesting a conference with the court or a scheduling stipulation.

Should the parties determine that this matter can be submitted without trial, they shall file appropriate stipulations of fact and a proposed briefing schedule on or before the date the pre-trial order is due.

SO ORDERED.

/s/ HARRY C. DEES, JR.
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT