UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANIEL THOMAS HENRY and | ) | Case No. 12-34152     Chapter 7 |
| MARGARET JEAN HENRY | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| CAROLYN A. VENDRAMIN, | ) | |
| | ) | Adv. Proc. No. 13-03061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL THOMAS HENRY and | ) | |
| MARGARET JEAN HENRY | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED MOTION TO CONTINUE TRIAL DATE**

Comes now the Plaintiff Carolyn Vendramin, by Counsel, Gordon Etzler & Associates, LLP, by attorney Blake N. Dahl, and respectfully submits her stipulated motion to continue trial to another date, and in support thereof states as follows:

1. That this honorable court set a trial date in this matter for April 28th, 2014 at 9:30 a.m. EST, and set aside 2 days on the calendar in which to hear it.

2. That the Plaintiff has a scheduling conflict in this matter and wishes to continue trial date to a different date.

3. That Plaintiff has spoken with Defendant counsel and has no objection to change in trial date.

4. That Plaintiff requests the court to reschedule the trial date for June 23rd 2014, reserving 2 days in which to hear the matter.

_____
BLAKE N. DAHL ∴ 30576-64
GORDON A. ETZLER & ASSOCIATES, LLP.
251 INDIANA AVE.
VALPARAISO, IN 46383
TEL: (219) 531-7787