FILED

IN UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

2014 AUG 12 PH 2: 14

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 12-34152 |
| DANIEL THOMAS HENRY | ) Chapter 7 |
| MARGARET JEAN HERNY | ) |
| Debtors. | ) |
| _____ | ) |
| CAROLYN A. VENDRAMIN, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. 13-03061-hcd |
| | ) |
| MARGARET JEAN HENRY and | ) |
| DANIEL THOMAS HENRY | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Carolyn A. Vendramin, the above stated Plaintiff, and pursuant to Fed. R. Bankr. P. 2002 and LBR-9010-2, hereby request the Clerk of the Court to enter her additional counsel of record as follows, and that the undersigned counsel receive all notices required by Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002 (i), that, but for this request would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents. Pursuant to Fed. Bankr. P. 9010(b) Plaintiff hereby requests the Clerk of the Court to enter their additional appearance as follows:

Gordon A. Etzler
GORDON A. ETZLER & ASSOCIATES, LLP
251 Indiana Avenue
Valparaiso, IN 46383
219-531-7787
gae@etzlerlaw.com

PLEASE TAKE FURTHER NOTICE THAT THIS Notice of Appearance shall not be deemed or construed to be a waiver of rights or Plaintiffs: (1) to trial by jury in any proceeding

1

so triable in this case or controversy, or proceedings(s) related to this case, or (2) to assert any other rights, claims, actions, set offs, or recoupments to which Plaintiff is or may be entitled in law or equity, all of which rights, claims, actions, defenses, set-offs and recoupments Plaintiff expressly reserve.

This 8th day of August. 2014.

Respectfully submitted by:

GORDON A. ETZLER & ASSOCIATES, LLP
Attorney for Plaintiff Vendramin

By: _____
Gordon A. Etzler (6743-64)
GORDON A. ETZLER & ASSOCIATES, LLP
251 Indiana Avenue
Valparaiso, IN 46383
Phone: 219-531-7787
Fax: 219-531-4732
E-Mail: gae@etzlerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of August, 2014, service of a true and complete copy of the above foregoing pleading or paper was made upon each party or attorney of record herein by hand delivery and/or depositing the same in the United States Mail/Courthouse mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

I further hereby certify that the foregoing document complies with the requirements of Trial Rule 5 (G) with regard to information excluded from the public record under Administrative Rule 9(G).

_____