United States Bankruptcy Court
Northern District of Indiana

Vendramin,
    Plaintiff

Adv. Proc. No. 13-03061-reg

Henry,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0755-3     User: sfinnegan     Page 1 of 1     Date Rcvd: Oct 07, 2014
                    Form ID: pdf004     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2014.
```
aty            +Gordon A. Etzler,    251 Indiana Avenue,    Valparaiso, IN 46383-5582
smg            +Indiana Employment Security Division,    10 North Senate Street,    Indianapolis, IN 46204-2201
pla            +Carolyn Vendramin,    Gordon Etzler & Associates,    251 Indiana Ave.,
                 Valparaiso, IN 46383-5582
dft            +Daniel Thomas Henry,    3303 Caroline Street,    South Bend, IN 46614-2329
dft            +Margaret Jean Henry,    3303 Caroline Street,    South Bend, IN 46614-2329
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion10.so.ecf@usdoj.gov Oct 08 2014 03:07:04     Nancy J. Gargula,
                 One Michiana Square Building,    Suite 555,    100 East Wayne Street,
                 South Bend, IN 46601-2394
```
                                                                                                                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2014 at the address(es) listed below:
```
              Blake Nathaniel Dahl    on behalf of Plaintiff Carolyn  Vendramin bnd@etzlerlaw.com
              Jeffery A. Johnson    on behalf of Defendant Margaret Jean Henry jjohnson@maylorber.com
              Jeffery A. Johnson    on behalf of Defendant Daniel Thomas Henry jjohnson@maylorber.com
              Trevor Q. Gasper    on behalf of Defendant Daniel Thomas Henry tgasper@maylorber.com
              Trevor Q. Gasper    on behalf of Defendant Margaret Jean Henry tgasper@maylorber.com
```
                                                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.    12-34152 |
| DANIEL THOMAS HENRY | ) | REG/tk |
| MARGARET JEAN HENRY | ) | |
| Debtor(s) | ) | ADV. PROC. NO.  13-3061 |
| | ) | |
| CAROLYN A. VENDRAMIN | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| DANIEL THOMAS HENRY | ) | |
| MARGARET JEAN HENRY | ) | |
| Defendant(s) | ) | |

**ORDER AND NOTICE OF TRIAL**

Dated on    October 7, 2014.

A final pre-trial conference with regard to issues raised in this adversary proceeding was held in Fort Wayne, Indiana, on October 6, 2014, with Blake Dahl and Gordon Etzler, counsel for plaintiff, and Trevor Gasper, counsel for defendants, present.

There is no objection to the Debtors' discharge in this proceeding and a discharge may be issued.

The joint pre-trial order, filed on October 3, 2014, is APPROVED.

Trial of the issues raised in this adversary proceeding is scheduled to begin on **January 21, 2015 at 10:00 a.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.  The court has set aside 2 days on its calendar for this matter.

SO ORDERED.

 /s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court