UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 12-34152 |
| DANIEL THOMAS HENRY and ) | Chapter 7 |
| MARGARET JEAN HENRY ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| CAROLYN A. VENDRAMIN, ) | |
| ) | Adv. Proc. No. 13-03061 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL THOMAS HENRY and ) | |
| MARGARET JEAN HENRY ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' REPLY TO PLAINTIFFS' POST-TRIAL BRIEF

The Court's Order following the conclusion of trial on January 22, 2015 permitted the parties to file Post-Trial Briefs and then, within 14 days, to file "Reply Briefs" to such Post-Trial Briefs. Having reviewed Plaintiffs' Brief[1], Defendants waive their right to a Reply.

For the reasons stated during trial and in Defendants' Post-Trial Brief, Defendants request entry of judgment in their favor and against the Plaintiff on Plaintiff's Complaint.

---

[1] Defendants note that the Plaintiff's Brief was filed a day after the March 24 deadline established by the Court's January 23, 2015 Order.

1

/s/ Trevor Q. Gasper
Trevor Q. Gasper (26368-71)
Attorney for Defendants

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789

### CERTIFICATE OF SERVICE

     I hereby certify that on April 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Blake N. Dahl, Esq., Gordon Etzler, Esq., Gary D. Boyn, Esq. and Nancy J. Gargula, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/ Trevor Q. Gasper

2