```
                            United States Bankruptcy Court
                             Northern District of Indiana
```

Vendramin,
         Plaintiff                                     Adv. Proc. No. 13-03061-reg

Henry,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 0755-3          User: csd              Page 1 of 1            Date Rcvd: Apr 09, 2015
                              Form ID: pdf004        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2015.
pla            +Carolyn Vendramin,    Gordon Etzler & Associates,    251 Indiana Ave.,
                 Valparaiso, IN 46383-5582
dft            +Daniel Thomas Henry,    3303 Caroline Street,    South Bend, IN 46614-2329
wit            +Gary D. Boyn,    Warrick & Boyn, LLP,    121 West Franklin Street, Suite 400,
                 Elkhart, IN 46516-3278
dft            +Margaret Jean Henry,    3303 Caroline Street,    South Bend, IN 46614-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2015 at the address(es) listed below:
              Blake Nathaniel Dahl    on behalf of Plaintiff Carolyn  Vendramin bnd@etzlerlaw.com
              Jeffery A. Johnson     on behalf of Defendant Daniel Thomas Henry jjohnson@maylorber.com
              Jeffery A. Johnson     on behalf of Defendant Margaret Jean Henry jjohnson@maylorber.com
              Nancy J. Gargula       USTPRegion10.SO.ECF@usdoj.gov
              Trevor Q. Gasper       on behalf of Defendant Daniel Thomas Henry tgasper@maylorber.com
              Trevor Q. Gasper       on behalf of Defendant Margaret Jean Henry tgasper@maylorber.com
                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: CASE NO. 12-34152 ) | |
| ) | |
| DANIEL THOMAS HENRY ) | |
| MARGARET JEAN HENRY ) | |
| ) | |
| Debtors ) | |
| ) | |
| ) | |
| CAROLYN VENDRAMIN ) | |
| ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | PROC. NO. 13-3061 |
| ) | |
| MARGARET JEAN HENRY ) | |
| DANIEL THOMAS HENRY ) | |
| ) | |
| Defendants ) | |

**ORDER TAKING MATTER UNDER ADVISEMENT**

The Court noting that the briefing schedule has passed regarding the issues raised in this adversary proceeding, said matter is hereby taken under advisement.

SO ORDERED.

Dated: April 9, 2015

                                                 */s/ Robert E. Grant*
                                      Chief Judge, United States Bankruptcy Court